## (December 16, 1981)

■ In the Matter of JOHN F. RYAN et al., Appellants-Respondents, v GEORGE P. SCARINGE et al., Constituting the Board of Elections of the County of Albany, et al., Respondents, and JAMES P. CLEARY et al., Respondents-Appellants. — Cross appeals from a judgment of the Supreme Court at Trial Term (Cholakis, J.), entered December 14, 1981 in Albany County, which, *inter alia,* partially denied petitioners' application, in a proceeding pursuant to section 16-106 of the Election Law, to open and canvass certain absentee and military ballots received by the respondent Boards of Elections after the close of the polls on November 3, 1981. The judgment of Trial Term should be affirmed. That court properly determined that the relevant provisions of the Election Law do not permit the canvassing of absentee and military ballots received by the respondent Boards of Elections after the close of the polls on election day (Election Law, § 8-412, subd 1; § 10-112, subd 2; *Matter of La Paro v Anderson,* Supreme Ct, Onondaga County, Nov. 23, 1981 [Donovan, J.], affd 85 AD2d 878; see, also, *Matter of Colaneri v Board of Elections of Suffolk County,* 50 AD2d 880, 881). In view of this determination, we deem it unnecessary to consider the issues raised on the cross appeal by respondents Cleary and Gardineer. Judgment affirmed, without costs. Kane, J. P., Main, Mikoll, Yesawich, Jr., and Weiss, JJ., concur.

## (December 17, 1981)

■ BAPTIST RETIREMENT CENTER CORPORATION, Appellant, v HIGHLAND RETIREMENT CENTER et al., Respondents. (And a Third-Party Action.) — Appeal from an order of the Supreme Court at Special Term (Walsh, Jr., J.), entered June 25, 1980 in Schenectady County, which vacated a demand for a bill of particulars. Order affirmed, with costs. (See *Montauk Improvement v Town of East Hampton,* 43 AD2d 973.) Mahoney, P. J., Sweeney, Kane, Casey and Weiss, JJ., concur.